**FORM 2**
**COVER SHEET**

05-

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
All-American Van Lines, Inc., et al.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record (See RCFC 83.1(c)): Alan F. Wohlstetter

Firm Name: Denning & Wohlstetter

Post Office Box:

Street Address: 815 Connecticut Avenue, Suite 500

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: (202) 833-8884

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

**If NO, please call (202) 219-9630 for admission papers and instructions.**

Nature of Suit Code: 1 3 4

**Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Agency Identification Code: D O D

**See attached sheet for three digit codes.**

Amount Claimed: $ To be proven.

**Use estimate if specific amount is not pleaded.**

Vaccination Date (vaccine cases only)

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

Plaintiffs

All-American Van Lines, Inc.
Admiral Van Lines, LLC
All-American Moving & Storage, LLC
American Van Lines, Inc.
All-Wright Van Lines, LLC
Confederate Van Lines, LLC
East West Van Lines, LLC
Electronic Van Lines, LLC
Exodus Van Lines, LLC
Federal Van Lines, LLC